*MHN*

**RECEIVED**

DEC 03 2007 *aew*
DEC 03 2007
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Willie Williams # 2007006987

Court Copy

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                          Case No:_____

                             (To be supplied by the Clerk of this Court)

Officer Chausse# Star 10082

Officer Petryla # Star 12091

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV6795
JUDGE BUCKLO
MAGISTRATE JUDGE SCHENKIER

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
____      U.S. Code** (state, county, or municipal defendants)

        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
____      28 SECTION 1331 U.S. Code** (federal defendants)

        **OTHER** (cite statute, if known)
____

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A.    Name: Willie Williams

   B.    List all aliases: N/A

   C.    Prisoner identification number: 2007006987

   D.    Place of present confinement: Cook County Jail

   E.    Address: P.O. Box 089002

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.    Defendant: Joseph Chausse    Star #10082

   Title: Chicago Police officer

   Place of Employment: Chicago Police Department

   B.    Defendant: S.J. Pietryla    Star# 12091

   Title: Chicago Police officer

   Place of Employment: Chicago Police Department

   C.    Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _O7C - 5987_

B. Approximate date of filing lawsuit: _Oct, 2007_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Willie Williams - Joshua Luciano_

D. List all defendants: _Chief Wright - Salvador Godinez Gary Hickerson_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern Dist. Illinois_

F. Name of judge to whom case was assigned: _Judge Kendall_

G. Basic claim made: _Jail conditions_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending._

I. Approximate date of disposition: _Pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is
involved, including names, dates, and places.  **Do not give any legal arguments or cite any
cases or statutes.**  If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets
if necessary.)

ON Sept. 1, 2007, the Plaintiff reported the
defendant Pietryla to a Police supervisor
for harassment. Prior to reporting the defendant,
the defendant Warned the Plaintiff that if
a supervisor Was called, he Would Frame the
Plaintiff the Next time he saw the Plaintiff.
The Plaintiff called a supervisor. ON Sept. 3,
2007, the Plaintiff Was involved in a Mutual
Fist Fight With Mr. Winters. The Police Were
Subsequently called. The defendants Pietryla,
and chausse Were among several Police
to respond to the call. When Pietryla,
Saw the Plaintiff he stated: "You remember
Calling the supervisor bastard". What Was
iNitially a Mutual Fist Fight, Without any
Weapons, Was Fabricated into an attempted
armed robbery and aggravated assault.

Revised 9/2007

Pietryla Stated: "I told You, I was going to Frame Your ass", they don't call us the Untouchable For Nothing." Albeit, Mr. Winters knew that there was no attempted robbery or aggravated assault, the defendants Forced him to lie about the Entire incident or face the consequences. After the mutual fist fight, the Plaintiff became very ill, and very dizzy. The Plaintiff requested medical treatment For the injuries From the fight, and his hypertension. Pietryla told the Plaintiff to call another supervisor as he had done on Sept. 1, 2007 because he didn't give a damn. The Plaintiff was subsequently placed in a Jail cell where he later collapsed, and sustained additional injuries. Both Pietryla and Chausse refused Plaintiff medical treatment. The defendant Chausse told Plaintiff to never report a Police officer.

Revised 9/2007

**V.**    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Declaratory Judgement, Compensatory damages twenty-Five million dollars, Punitive damages twenty million dollars

**VI.**    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 26 day of Nov , 2007

Willie Williams
(Signature of plaintiff or plaintiffs)

Willie Williams
(Print name)

20070066987
(I.D. Number)

P.O. Box 089002
Chicago, Illinois 60608
(Address)

Revised 9/2007