Ⓐ

DEC 27 2007

**FILED**

DEC 27 2007 *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk of U.S. Dist. Court
219 S. Dearborn
Chicago, Illinois 60604

07C 6795

Re: Notice of Change of Address

Please be advised that I previously filed a Title 42 Section 1983 complaint entitled Williams vs. Chausse, et, al.

Before I could receive the case number, and the judge assigned to the case, I was transferred to another unit.

I filed the case under my real name: Willie Williams vs. Chaussue, et, al.

I am now under the Witness Protection Program with a code name of Woodrow Wilson.

Your office must contact me in the following manner,

Woodrow Wilson
c/o Maurice Macklin
Room 120 42
2650 South California
Chicago, Illinois 60608

If you need to verify this information Please call Investigator Maurice Macklin 312-869-7223.

Please Provide me with my case Number, and status of case.

Code Name: Woodrow Wilson

Real Name Willie Williams