United States District Court
For the Northern District of Illinois

Willie Williams
   vs
J. Chausse, Et, al

Case: 07C-06795

FILED
JAN 28 2008   JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion For Appointment
Of Counsel

Now come, Willie Williams, before this honorable court for consideration of counsel. In support of this Motion, the Plaintiff state:

1. On Dec. 3, 2007, the Plaintiff was removed from the Protective custody unit at the Cook County Jail, and Placed in the Witness Protection Program by the Cook County State's Attorney.

2. The Plaintiff was given a new name, date of birth, and Social Security number.

3. The Plaintiff is in a hidden location.

4. There is no law library of any kind.

5. Prior to filing this lawsuit, the Plaintiff wrote the law firm of Kirkland/Ellis who came to visit the Plaintiff before the Plaintiff's name was changed.

6. Since the Plaintiff's Identification was changed, the Plaintiff has not been receiving his mail or visits.

7. A review of the court's files will show that, the Plaintiff did not receive the case number in this case until Jan. 23, 2008.

8. The Plaintiff no longer has a Jail Number, and the clerk's office has been notified of the special instructions on sending mail.

9. The Plaintiff is in the custody of the State's Attorney.

10. The Plaintiff has also had two strokes since Dec. 20, 2007.

11. The Plaintiff can forward a copy of the Policy which covers the Witness Protection Program.

12. No legal research is possible in that no legal resources or law library exist.

13. Jail records show that the Plaintiff was discharged, and all mail from the court has been returned. See, the attached examples.

Wherefore, Plaintiff Pray that Your honor consider counsel for this case.

*Willie Williams*



OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
PRISONER CORRESPONDENCE
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

HAPPY HOLIDAYS

CHICAGO IL
27 DEC 2007 PM
Mailed From 60604
US POSTAGE

Willie Williams a/k/a Woodrow Wilson
#2007-0076698
C/O Maurice MacMillin
2650 South California, Room 12 D 42
Chicago, IL 60608

Cook County State Attorney

RECEIVED
JAN 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☐ MISSING OR INCORRECT
☑ NAME &/OR ID NOT LISTED
☐ DISCHARGED

RETURN TO SENDER