FILED
MARCH 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:07-cv-06795  Document 16  Filed 03/05/2008  Page 1 of 19

RECEIVED
JANUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

GMR

Willie Williams

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

J. Chausse, Officer # 10082
Officer Pietryla #12091
M.C. Winters
City of Chicago

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Amended complt.

RECEIVED
JAN 28 2008    JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No: 07C-06795
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

X  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.   Plaintiff(s):

Revised: 7/20/05

A. Name: Willie Williams

B. List all aliases: Woodrow Wilson

C. Prisoner identification number: No ID

D. Place of present confinement: Witness Protection Program
c/o Cook County State Atty Office

E. Address: ATTN: Maurice Macklin RM 12D 42
2650 S California
Chicago, Ill. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Officer J. Chausse

Title: Chicago Police Officer

Place of Employment: Chicago Police Dept.

B. Defendant: Pietryla

Title: Chicago Police Officer

Place of Employment: Chicago Police Dept.

C. Defendant: City of Chicago

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised: 7/20/05

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

- A. Is there a grievance procedure available at your institution?

    YES ( ) NO (X) If there is no grievance procedure, skip to F.

- B. Have you filed a grievance concerning the facts in this complaint?

    YES ( ) NO (X)

- C. If your answer is YES:

    1. What steps did you take? Police Matter

    2. What was the result? N/A

    3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.) N/A

- D. If your answer is NO, explain why not: N/A

Revised: 7/20/05

E. Is the grievance procedure now completed? YES ( ) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is YES:

1. What steps did you take?
   _____ N/A _____
   _____
   _____ /A _____

2. What was the result?
   _____ N/A _____
   _____
   _____ /A _____

H. If your answer is NO, explain why not:
   _____ N/A _____
   _____
   _____ /A _____

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

  A. Name of case and docket number: Williams vs. Wright 07C-5987 – 07C-06795

  B. Approximate date of filing lawsuit: Oct 23, 2007 – 12-3-07

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Willie Williams   Joshep Luciano

  D. List all defendants: Chief Wrigh – Salvador Godinez – Gary Hickerson

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Dist. Court Northern Dist.

  F. Name of judge to whom case was assigned: Judge Kendall – Judge Bucklo

  G. Basic claim made: Protective custody – Dismissed

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

  I. Approximate date of disposition: Pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Next Page

Revised: 7/20/05

## Statement of Claim

1. The defendants, officer Chausse, and officer Pietryla, are Chicago Police officers assigned to the 10th District.

2. The defendants are known in the 10th District by the nick-names of the Untouchables.

3. The defendants are known to take bribes, and to frame people who are not in their street circle.

4. The Plaintiff was framed by the defendants officer Chausse, and Pietryla on Sept. 3, 2007.

5. M.C. Winters is a citizen who acted in concert with the defendants officer Chausse, and officer Pietryla to frame the Plaintiff on criminal charges.

6. Prior to Sept. 3, 2007, the Plaintiff had been involved at least traffic stops by the defendants, and on each occasion the Plaintiff was harassed because the Plaintiff did not want to involve himself with the officers because of their reputations.

7. On Sept. 1, 2007 or on or about Sept. 1, 2007, there was a shooting on 116th Street and Spauding at approximately 9:30 P.M.

8. The Plaintiff, who had nothing to do with the shooting, happen to be sitting in his car one block away.

9. There were numerous police cars in the area as well as supervisors.

10. Officer Chausse asked the Plaintiff did he see anything or hear any shots, and the Plaintiff said No.

11. The defendant, officer Chausse, at that juncture began to harass the Plaintiff about the custom made blinking lights in the grill of the Plaintiff's car stating that he had previously warned the Plaintiff to remove the lights from the grill.

12. The defendant, officer Chausse, raised the hood of the Plaintiff's car, and torn the wires from the light of the Plaintiff's car.

13. The Plaintiff, at that juncture, requested a supervisor.

14. The defendant, officer Chausse, told the Plaintiff that if he called for a supervisor, he would frame the Plaintiff's ass the next time he saw him. Etc.

15. The Plaintiff nevertheless waved for a Sergeant in the area, at which time the Plaintiff explained to the Sergeant what was going on.

16. The supervisor allowed the Plaintiff to leave the area, after the Plaintiff told the supervisor what had happen.

17. On or about July 14, 2007, the defendant M.C. Winters asked the Plaintiff, for payment, to get involved with a scheme to cause physical harm to two people named Sarah and Johnny who owed him money.

18. After hearing the defendant Winter's story over several days, the Plaintiff told the defendant Winters that he would not get involved.

19. On or about Aug. 5, 2007, the Plaintiff's vehicle was blew up in front of his house.

20. The Plaintiff did not know who blew the vehicle up.

21. On Sept. 3, 2007, while the Plaintiff was in the alley between 15th Homan and 15th and Christiana, the defendant M.C. Winters drove into the alley, saw the Plaintiff, and suggested that he was the person responsible for the explosion of Plaintiff's vehicle on Aug. 5, 2007, and the defendant drove away.

22. The Plaintiff, who was in another vehicle on Sept. 3, 2007, drove off behind Mr. Winters.

23. Mr. Winters stoped his vehicle to challenge the Plaintiff, and the also stoped his vehicle.

24. Both Plaintiff, and the defendant exited their vehicles, and the defendant pushed the Plaintiff to the ground, causing injury to the Plaintiff's arm, and shoulder.

25. The Plaintiff got off the ground, and hit the defendant back knocking him to the ground.

26. At some point, shortly after the exchange between the defendant, and the Plaintiff, the Police were called by the defendant's family.

27. The responding Police officers consisted of as many as eight officers, which included the defendants, officer Chausse, and officer Pietryla.

28. When the defendant officer Chausse discovered that the Plaintiff was involved in the incident with Mr. Winters, he stated, I told you I was going to get your ass for calling my supervisor.

29. The defendant, officer Chausse, reminded the Plaintiff about his Promise to frame the Plaintiff the next time he saw him.

30. The defendant, Pietryla, stated don't you know that they call us the untouchables.

31. The defendant Pietryla stated: "You don't Fuck with my Partner".

32. The defendants took a Padlock from the Plaintiff's Vehicle, and persuaded the defendant M.C. Winters to claim that the Plaintiff beat him with the Padlock, and tried to rob him.

33. The defendant, M.C. Winters, initially went along with the officers' sheme because he did not want the Police to know what caused the fight between him, and the Plaintiff.

34. The defendants, each of them, knowingly and intentionally manufactured charges against the Plaintiff in an effort to send Plaintiff to Prison.

35. The Plaintiff was charged in an Eight count indictment based upon the manufactured charges, and Jailed.

36. DNA was Performed on the lock, and Verified the Plaintiff's Story that defendant M.C. Winters was lying, and the Police Planted the Padlock.

37. Trial commenced on Dec. 17, 2007.

38. During the trial, M.C. Winters recanted his claim of being beat with a Padlock claiming the officers told him to lie.

39. The defendant, Chausse, continued to claim that the defendant Winters told him he was beat with a lock.

40. The Circuit Court Judge found the Plaintiff "Not Guilty" of all of the manufactured robbery charges, and the false Padlock charges.

41. The court found the Plaintiff guilty of the fighting-aggravated battery in that the court believed the false statement that Plaintiff hit M.C. Winters first.

42. While the Plaintiff was in the Police car with the defendants Chausse, and Pietryla, the defendants told the Plaintiff that with the false charges they were going to make certain that the died in Prison, and couldn't make bond.

43. The defendant Winters conceded at trial he was told to lie.

44. The defendants, Chausse, and Pietryla planted the padlock, and manufactured the robbery charges in retaliation for the plaintiff reporting officer Chausse to a supervisor on Sept. 1, 2007.

45. The defendants, Chausse and Pietryla also denied the plaintiff medical treatment on sept. 3, 2007.

46. When the defendant M.C. Winters pushed the plaintiff to the ground, the defendant caused injury to the plaintiff's shoulder.

47. The plaintiff also told the defendants, Chausse and Pietryla, he had hypertension and needed his medication, to no avail.

48. The defendants, Chausse and Pietryla, refused the Plaintiff Medical treatment on the basis that the Plaintiff had reported officer chausse to a supervisor on Sept. 1, 2007.

49. As a result on being denied Medication on or about Sept. 3, 2007, the Plaintiff collapsed in his cell and further injured his shoulder, and the Plaintiff blood pressure exceeded 200.

50. At all times material to the allegations in this complaint the defendants officers Chausse, and officer Pietryla worked for the city of Chicago.

51. At all times material to the allegations in this complaint, the defendant M.C. Winters conspired with the officers to frame the Plaintiff.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$25,000,000.00 Compensatory damages against defendants respectively - Ten Million Punitive Damages respectively -

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 23 day of JGN, 2008

Willie Williams / Woodrow Wilson

(Signature of plaintiff or plaintiffs)

Willie Williams / Woodrow Wilson
(Print name)

_____
(I.D. Number)

c/o Cook County States Atty. Office
ATTN: Maurice Macklin RM 12042
2650 South California
(Address)
Chicago, Illinois 60608

8

Revised: 7/20/05