

Notice of Change of Address:

Cases: 07-C-5987
       08-C-0614
       07-C-6795

Also: Send ten 1983 Forms

Willie Williams # A-73359
Taylorville Corr. Ctr.
Box 900
Taylorville, Illinois 62568

FILED
APR - 4 2008
Apr 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



Willie Williams # A-73359
Tayloville Corr. Center
P.O. Box 900
Taylorville, Ill. 62568

RECEIVED APR X 4 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

Clerk of U.S. Dist. Court
Dirksen Federal Building
219 S. Dearborn
Chicago, Illinois 60604

over