MHN

April 22, 2008

Clerk Od United States District Court
Dirksen Federal Builiding
219 South Dearborn
Chicago, Illinois 60604

**FILED**

APR 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: Williams Vs. Chausse #07C-6795
Williams Vs. Macklin #08C-0614
Williams Vs. Wright #07C-5987
NOTICE OF CHANGE OF ADDRESS

Dear Clerk:

Per this letter, please be adddress that your records should now reflect that this writer is now assigned to the Taylorville Correctional Center.

Respectfully,

Willie Williams #A-73379
Taylorville Correctional Center
P.O. Box 900
Taylorville, Illinois 62568