UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE WILLIAMS, | ) | |
| Plaintiff, | ) | Case No. 07 C 6795 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| J. CHAUSSE, OFFICER #10082, | ) | Magistrate Judge Schenkier |
| OFFICER PIETRYLA #12091, | ) | |
| M.C. WINTERS, | ) | |
| CITY OF CHICAGO | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: WILLIE WILLIAMS
IDOC – TAYLORVILLE
P.O. BOX 900
TAYLORVILLE, IL 62568

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge BUCKLO, or before such other Judge sitting in her place or stead, on **5-7-08 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1441** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

I hereby certify that I have served this notice and attached document by causing it to be delivered via U.S. Mail on 30 APRIL 08.

Respectfully submitted,
/s/ SanjayPatel
SANJAY H. PATEL
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS 60602
(312) 742-3902
ATTORNEY NO. 06272840