# **EXHIBIT A**

PEOPLE OF THE STATE OF ILLINOIS

VS     NUMBER 07CR1931901

WILLIE   WILLIAMS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

```
720-5\8-4(18-2(A)1)      F  (ATT)ATT(ARMED ROBBERY W/DANGEROUS
720-5\8-4(18-2(A)1)      F  (ATT)ATT(ARMED ROBBERY W/DANGEROUS
720-5/33A-2(a)           F       ARMED VIOLENCE/CATEGORY III
720-5/33A-2(a)           F       ARMED VIOLENCE/CATEGORY III
720-5/12-4.6(a)          F       AGG BATTERY SR CITIZEN >60 YRS
720-5\8-4(18-1)          F  (ATT)ATTEMPT ROBBERY/VICTIM HANDICA
720-5/18-1(a)            F  (ATT)ROBBERY/VIC HANDICAP OR 60+ YR
720-5/12-4(B)(10)        F       AGG BATTERY/INDIV OVER 60
```

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
09/26/07 IND/INFO-CLK OFFICE-PRES JUDGE           10/03/07 1701
10/03/07 CASE ASSIGNED                            10/03/07 1706
     BIEBEL, PAUL JR.
10/03/07 DEFENDANT IN CUSTODY                     00/00/00
     PORTER DENNIS J
10/03/07 DEFENDANT IN CUSTODY                     00/00/00
     HILL ARTHUR F JR
10/03/07 PRISONER DATA SHEET TO ISSUE             00/00/00
     DEF. PROCEED PRO-SE, AND DOES NOT WANT TO FILE MOT. FOR DISC..
     HILL ARTHUR F JR
10/03/07 PLEA OF NOT GUILTY                       00/00/00
     HILL ARTHUR F JR
10/03/07 DEFENDANT ARRAIGNED                      00/00/00
     HILL ARTHUR F JR
10/03/07 MOTION FOR DISCOVERY                     00/00/00 F        1
     HILL ARTHUR F JR
10/03/07 DISCOVERY ANSWER FILED                   00/00/00          1
     HILL ARTHUR F JR
10/03/07 ADMONISH AS TO TRIAL IN ABSENT           00/00/00
     HILL ARTHUR F JR
10/03/07 DEF DEMAND FOR TRIAL                     00/00/00
     HILL ARTHUR F JR
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

              VS              NUMBER 07CR1931901

WILLIE      WILLIAMS

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
10/03/07 WITNESSES ORDERED TO APPEAR            00/00/00
     HILL ARTHUR F JR
10/03/07 MOTION STATE - CONTINUANCE -MS         10/23/07
     HILL ARTHUR F JR
10/23/07 CHANGE PRIORITY STATUS          R      00/00/00
     CLAPS JOSEPH M
10/23/07 DEFENDANT IN CUSTODY                   00/00/00
     CLAPS JOSEPH M
10/23/07 PRISONER DATA SHEET TO ISSUE           00/00/00
     CLAPS JOSEPH M
10/23/07 DEF DEMAND FOR TRIAL                   00/00/00
     CLAPS JOSEPH M
10/23/07 WITNESSES ORDERED TO APPEAR            00/00/00
     CLAPS JOSEPH M
10/23/07 MOTION STATE - CONTINUANCE -MS         11/13/07
     CLAPS JOSEPH M
10/26/07 DEFENDANT IN CUSTODY                   00/00/00
     CLAPS JOSEPH M
10/26/07 PRISONER DATA SHEET TO ISSUE           00/00/00
     CLAPS JOSEPH M
10/26/07 CASE ADVANCED                          00/00/00
     CLAPS JOSEPH M
10/26/07 SPECIAL ORDER                          00/00/00
     BUCCAL SWAB ORDERED.
     CLAPS JOSEPH M
10/26/07 DEF DEMAND FOR TRIAL                   00/00/00
     CLAPS JOSEPH M
10/26/07 MOTION STATE - CONTINUANCE -MS         11/13/07
     CLAPS JOSEPH M
11/13/07 DEFENDANT IN CUSTODY                   00/00/00
     CLAPS JOSEPH M
11/13/07 PRISONER DATA SHEET TO ISSUE           00/00/00
     CLAPS JOSEPH M
11/13/07 DEF DEMAND FOR TRIAL                   00/00/00
     CLAPS JOSEPH M
11/13/07 WITNESSES ORDERED TO APPEAR            00/00/00
     CLAPS JOSEPH M
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS                    Page 003

PEOPLE OF THE STATE OF ILLINOIS

                VS                NUMBER 07CR1931901

WILLIE     WILLIAMS

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
11/13/07 MOTION STATE - CONTINUANCE -MS          12/17/07
         CLAPS JOSEPH M
12/03/07 DEFENDANT IN CUSTODY                    00/00/00
         CLAPS JOSEPH M
12/03/07 PRISONER DATA SHEET TO ISSUE            00/00/00
         CLAPS JOSEPH M
12/03/07 DEFENDANT REL ON I BOND                 00/00/00           $   50000
         CLAPS JOSEPH M
12/03/07 SPECIAL ORDER                           00/00/00
         TRANSRIPT AND PROCEEDI
         CLAPS JOSEPH M
12/03/07 CONTINUANCE BY ORDER OF COURT           12/17/07
         CLAPS JOSEPH M
12/03/07 SPECIAL ORDER                           00/00/00
         TRANSCRIPTS/PROCEEDINGS-SEALED
         CLAPS JOSEPH M
12/17/07 DEFENDANT IN CUSTODY                    00/00/00
         HENNELLY THOMAS JOSEPH
12/17/07 PRISONER DATA SHEET TO ISSUE            00/00/00
         HENNELLY THOMAS JOSEPH
12/17/07 TRIAL COMENCED AND CONTINUED            12/18/08
         HENNELLY THOMAS JOSEPH
12/18/07 DEFENDANT IN CUSTODY                    00/00/00
         HENNELLY THOMAS JOSEPH
12/18/07 PRISONER DATA SHEET TO ISSUE            00/00/00
         HENNELLY THOMAS JOSEPH
12/18/07 TRIAL COMENCED AND CONTINUED            12/19/07
         HENNELLY THOMAS JOSEPH
12/19/07 DEFENDANT IN CUSTODY                    00/00/00
         HENNELLY THOMAS JOSEPH
12/19/07 PRISONER DATA SHEET TO ISSUE            00/00/00
         HENNELLY THOMAS JOSEPH
12/19/07 FINDING OF NOT GUILTY              C001 00/00/00
         HENNELLY THOMAS JOSEPH
12/19/07 FINDING OF NOT GUILTY              C002 00/00/00
         HENNELLY THOMAS JOSEPH
12/19/07 FINDING OF NOT GUILTY              C003 00/00/00
         HENNELLY THOMAS JOSEPH
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

                VS                NUMBER 07CR1931901

WILLIE     WILLIAMS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
12/19/07 FINDING OF NOT GUILTY              C004 00/00/00
     HENNELLY THOMAS JOSEPH
12/19/07 FINDING OF NOT GUILTY              C006 00/00/00
     HENNELLY THOMAS JOSEPH
12/19/07 FINDING OF NOT GUILTY              C007 00/00/00
     HENNELLY THOMAS JOSEPH
12/19/07 FINDING OF GUILTY                  C005 00/00/00
     HENNELLY THOMAS JOSEPH
12/19/07 FINDING OF GUILTY                  C008 00/00/00
     HENNELLY THOMAS JOSEPH
12/19/07 PRE-SENT INVEST. ORD, CONTD TO          00/00/00
     HENNELLY THOMAS JOSEPH
12/19/07 BAIL REVOKED                            00/00/00
     HENNELLY THOMAS JOSEPH
12/19/07 CONTINUANCE BY ORDER OF COURT           01/17/08
     HENNELLY THOMAS JOSEPH
01/09/08 DEFENDANT IN CUSTODY                    00/00/00
     CLAPS JOSEPH M
01/09/08 PRISONER DATA SHEET TO ISSUE            00/00/00
     CLAPS JOSEPH M
01/09/08 DEFENDANT NOT IN COURT                  00/00/00
     CLAPS JOSEPH M
01/09/08 MOTION DEFENDANT - NEW TRIAL            00/00/00 F       2
     CLAPS JOSEPH M
01/09/08 TRANSFERRED                             01/17/08 1754
     CLAPS JOSEPH M
01/17/08 DEFENDANT IN CUSTODY                    00/00/00
     HENNELLY THOMAS JOSEPH
01/17/08 MOTION DEFENDANT - NEW TRIAL            00/00/00 F       2
     HENNELLY THOMAS JOSEPH
01/17/08 SPECIAL ORDER                           00/00/00
     D FILE MOTION FOR NEW TRIAL PROSE SUPPLEMENT MOTION FOR NEWPRO SE MFN TRI
     HENNELLY THOMAS JOSEPH
01/17/08 MOTION DEFENDANT - NEW TRIAL            00/00/00 F       2
     HENNELLY THOMAS JOSEPH
01/17/08 CONTINUANCE BY AGREEMENT                02/14/08
     HENNELLY THOMAS JOSEPH
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 005

PEOPLE OF THE STATE OF ILLINOIS

              VS            NUMBER 07CR1931901

WILLIE     WILLIAMS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

  I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
01/29/08 SPECIAL ORDER                                00/00/00  F         2
      0REJECT VICTIMS IMPACT STATEMENT.
01/29/08 HEARING DATE ASSIGNED                        02/14/08 1706
02/14/08 SPECIAL ORDER                                00/00/00
      ON CALL IN ERROR.
      CLAPS JOSEPH M
02/14/08 TRANSFERRED                                  02/14/08 1754
      CLAPS JOSEPH M
02/14/08 DEFENDANT IN CUSTODY
      HENNELLY THOMAS JOSEPH
02/14/08 MOTION DEFENDANT - NEW TRIAL                           D
      HENNELLY THOMAS JOSEPH
02/14/08 DEF SENTENCED ILLINOIS DOC         C005
      COUNT FIVE MERGE WITH COUNT EIGHT
                  6 YRS
      HENNELLY THOMAS JOSEPH
02/14/08 DEF SENTENCED ILLINOIS DOC         C008              0000000
                  6 YRS
      HENNELLY THOMAS JOSEPH
02/14/08 LESSER INCLUDED OFFENSE MERGED     C005
      CT 5 MERGES CT 8
      HENNELLY THOMAS JOSEPH
02/14/08 CREDIT DEFENDANT FOR TIME SERV
                  165 DYS
      HENNELLY THOMAS JOSEPH
02/14/08 ILL STATE APPELLATE DEF APPTD
      HENNELLY THOMAS JOSEPH
02/14/08 CHANGE PRIORITY STATUS             M
      HENNELLY THOMAS JOSEPH
02/15/08 MOTION TO REDUCE SENTENCE                    00/00/00
02/15/08 HEARING DATE ASSIGNED                        02/22/08 1754
02/22/08 ORDER OF CRT, STAY OF MITTIMUS               03/07/08 1754
      HENNELLY THOMAS JOSEPH
02/22/08 MOTION TO REDUCE SENTENCE                    00/00/00 D
      HENNELLY THOMAS JOSEPH
02/22/08 ILL STATE APPELLATE DEF APPTD                00/00/00
      HENNELLY THOMAS JOSEPH
```

```
          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 006

      PEOPLE OF THE STATE OF ILLINOIS

                       VS                 NUMBER 07CR1931901

        WILLIE       WILLIAMS

             CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/22/08 ORDER OF CRT, STAY OF MITTIMUS         03/04/08 1754
     HENNELLY THOMAS JOSEPH
02/28/08 NOTICE OF APPEAL FILED, TRNSFR         02/14/08
03/04/08 NOTICE OF NOTICE OF APP MAILED         00/00/00
03/04/08 HEARING DATE ASSIGNED                  03/07/08 1713
03/07/08 ILL STATE APPELLATE DEF APPTD          00/00/00
     BIEBEL, PAUL JR.
03/07/08 O/C FREE REPT OF PROCD ORD N/C         00/00/00
     BIEBEL, PAUL JR.
02/21/08 EVIDENCE ORDERED IMPOUNDED REC         00/00/00
03/11/08 COMMON LAW RECORD PREPARED                      08-0665
     ONE (1) VOLUME
03/11/08 APPELLATE COURT NUMBER ASGND           00/00/00 08-0665
03/13/08 CLR RECD BY APP COUNSEL                00/00/00 08-0665
     STATE APPELLATE DEFENDER - ONE VOLUME
03/28/08 REPT OF PRCDS ORD FR CRT RPT           00/00/00
04/24/08 SUPPL REC RECD BY APPL COUNSEL         00/00/00 08-0665
     STATE APPELLATE DEFENDER - ONE VOLUME
```

I hereby certify that the foregoing has
been entered of record on the above
captioned case.
Date 05/27/08



_____
~~DOROTHY~~ BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY