UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE WILLIAMS, | ) | |
|     Plaintiff, | ) | Case No. 07 C 6795 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| J. CHAUSSE, OFFICER #10082, | ) | Magistrate Judge Schenkier |
| OFFICER PIETRYLA #12091, | ) | |
| M.C. WINTERS, | ) | |
| CITY OF CHICAGO | ) | |
| | ) | Jury Demand |
|     Defendants. | ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:    WILLIE WILLIAMS - A73359
         IDOC – TAYLORVILLE
         ROUTE 29 SOUTH
         P.O. BOX 900
         TAYLORVILLE, IL 62568

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' RULE 12(b)(6) MOTION**.
    PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge BUCKLO, or before such other Judge sitting in her place or stead, on **6-16-08 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1441** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.
    I hereby certify that I have served this notice and attached document by causing it to be delivered via U.S. Mail to the person named above at the address shown on 29 MAY 08.

                                                Respectfully submitted,
                                              /s/  SanjayPatel
                                              SANJAY H. PATEL
                                              Assistant Corporation Counsel
                                              30 N. LA SALLE ST., SUITE 1400
                                              CHICAGO, ILLINOIS  60602
                                              (312) 742-3902
                                              ATTORNEY NO. 06272840