UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Willie Williams
                        Plaintiff,

v.                                         Case No.: 1:07−cv−06795
                                                       Honorable Elaine E. Bucklo

Officer Pietryla, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2008:

       MINUTE entry before the Honorable Elaine E. Bucklo: Defendants, City of Chicago, Chausse and Pietryla's Rule 12(b)6) Motion to dismiss [22] is taken under advisement. Plaintiff to file response by 7/8/2008; defendants to reply by 7/22/2008. Ruling will be by mail on or about 7/31/2008. No appearance is necessary on 6/16/2008. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.