# United States District Court
## Northern District of Illinois
### Eastern Division

Williams                                          **JUDGMENT IN A CIVIL CASE**

              v.                                                                    Case Number: 07 C 6795

Chausse, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion to dismiss plaintiff's amended complaint is granted as unopposed and the case is dismissed.

                                                    Michael W. Dobbins, Clerk of Court

Date: 7/28/2008                                  _____
                                                        /s/ Mathew P. John, Deputy Clerk