

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
Aug 18, 2008
AUG 1 8 2008 mb
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIE WILLIAMS #A-73359

    Plaintiff

CASE NUMBER: 07C-6795

VS.

J. CHAUSSE, ET,AL

    Defendants

### RESPONSE TO MOTION TO DISMISS / AND LEAVE TO FILE LATE RESPONSE

Come now, Willie Williams, before this honorable court for leave to file this late response to defendants' Motion To Dismiss. In support of this motion, the plaintiff submit the following statements and the attached affidavit:

1. On Dec. 19, 2007, the plaintiff suffered a severe stroke, and has been on medication, and suffering from complications from the stroke, namely high blood pressure.

2. The plaintiff also suffers from severe "Back Problems", and has been placed on medication, and issued severeal "Medical Lay-ins" which require that the plaintiff have no access to the law library for the purpose of bed rest.

     3. The prison officials will confirm that the plaintiff has been on medical lay-ins due to "Back Problems" and the stroke.

     4. The plaintiff did not intentionally flaunt the court's order, and respectfully request your honor to allow the plaintiff additional time to file a response or accept the attached affidavit as plaintiff's response.

     WHEREFORE, Plaintiff pray that your honor will reinstate this case, and accept the attached affidavit.

Respectfully Submitted,

*/s/ Willie Williams*

Willie Williams #A-73359
P.O. Box 900
Taylorville, Illinois
62568

```
STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )
                     )
```

## AFFIDAVIT

WILLIE WILLIAMS#A-73359 disposes, and state upon his oath that he is competent to testify, and that affiant is over the agae of 21, and that if called to testify affiant will testify in the following mann:

1. Prior to Sept. 3, 2007, affiant was having serious problems with Officers Chausse and Pietryla, and are well known in the neighborhood as the Untouchables.

2. Several days prior to Sept. 3, 2007, there was a shooting on 16th and Spauding at approximately 9:50 P.M., and the plaintiff who has a vadlid driver's license was parked in his car one (1) block from the shooting.

3. The entire area was flooded with Police Officers and when Officers Chausse and Pietryla saw the plaintiff, they began to harass the plaintiff about the custom made lights in the grill of his vehicle.

4. Officer Chassue stated that he had warned the plaintiff on several prior occassions to remove the lights, and that he was going to remove the lights himself.

5. The plaintiff plaintiff told Officer Chausse that he wanted a Supervisor, and it was at that Juncture that Officer Chausse stated that if the plaintiff called for a supervisor he would set the plaintiff up the next time he saw the plaintiff in the area.

6. A supervisor stopped, and the plaintiff told the supervisor about the harassment, and the problem, and it was the supervisor who waved the Officers Off the plaintiff, and released the plaintiff.

7. On Sept. 3, 2007, the plaintiff got into a fight with M.C. Winters, and the police were called, and out of eight (8) Officers who responded to the call, Officer Chausse and Pietryla was with them.

8. When Chausse and Pietryla discovered that the plaintiff was involved Officer Cahausse stated that he had told the plaintiff that if he got the supervisor involved in the prior incident he was going to frame the plaintiff the next time he saw him.

9. What was a fight was framed with the charge Attempted arm robbery with a weapon.

10. There was never a weapon involved in the fight nor was there ever a robbery attempted, and it was these charges that were planted on the plaintiff.

11. During the trial the alleged victim conceded that the Officer told him to lie about the additional charges, and as a result plaintiff was found not guilty of the very chrges that the Officers planted on him.

12. The Officers false charges deprived the plaintiff of a reasonable bond, and fair trial.

13. In the police vehicle the Officers also refused the plaintiff medical treatment albeit the plaintiff told them he was ill and on medication.

14. The Officers stated in the vehicle that the plaintiff should not have called their supervisor on them.

SUBSCRIBED AND SWORN TO BEFORE
ME THIS 12th DAY OF August 2008

_Paula R Mccray_
NOTARY PUBLIC

My Commission expires: 11/29/08

"OFFICIAL SEAL"
Paula R. McCray
NOTARY PUBLIC
STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-29-2008

_[signature]_
AFFIANT

CERTIFICATE OF SERVICE

Plaintiff certify that copies of this Motion was sent to Attorney Sanjay H. Patel at 30 N. Lasalle Chicago, Illinois 60602 on this Aug. 11, 2008.

_____
Willie Williams